**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HEALTHY GULF, *et al*.,

     Plaintiffs,

    v.

BURGUM, *et al*.,

     Defendants,

     and

AMERICAN PETROLEUM INSTITUTE,

     Proposed Intervenor-Defendant.

No. 1:25-CV-04016-APM

Hon. Amit P. Mehta

**ORDER GRANTING THE AMERICAN PETROLEUM INSTITUTE'S MOTION TO
INTERVENE**

THIS MATTER having come before the Court upon the motion of the American Petroleum Institute ("API") to intervene pursuant to Federal Rule of Civil Procedure 24, it is hereby ORDERED that the motion to intervene as of right is GRANTED.

API is admitted into this litigation as an intervenor-defendant with full rights of participation. API shall file consolidated briefs with Intervenor-Defendant Chevron U.S.A., unless it seeks leave of court to file a separate brief. Also, API's deadline to answer shall coincide with the Federal Defendants'.

_____
Amit P. Mehta
United States District Judge