ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
DAVIS A. BACKER (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584 (Boylan)
Tel: (202) 305-5469 (Backer)
Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, Secretary of the Interior, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>CHEVRON U.S.A. INC., *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:25-cv-04016-APM<br><br>Honorable Amit P. Mehta<br><br>**FEDERAL DEFENDANTS' CERTIFIED ADMINISTRATIVE RECORD INDEX** |

Pursuant to Local Civil Rule 7(n), Federal Defendants hereby provide the Court with a certified list of the contents of the administrative record. Attached hereto as Exhibit 1 is the index listing the documents in the administrative record and attached as Exhibit 2 is the certification of the administrative record.

Respectfully submitted this 27th day of March 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*s/  Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

DAVIS A. BACKER (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469: Fax: (303) 844-1350
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*