| | | | | | |
|---|---|---|---|---|---|
| **Healthy Gulf v. Burgum Civil Action No. 1:25-CV-04016-APM; March 27, 2026** | | | | | |
| ***BOEM Administrative Record*** | | | | | |
| **Bates Number** | **Date** | **Document Type** | **Title (click to see document)** | **Description** | **Number of Pages** |
| **Leasing Documents** | | | | | |
| BOEM000001 | 6/27/2025 | NOA | 2025-11924_LS262 NOA.pdf | BOEM - Notice of Availability of the Proposed Notice of Sale for Gulf of America Outer Continental Shelf Oil and Gas Lease Sale 262 | 1 |
| BOEM000002 | 6/27/2025 | PNOS | Proposed-NOS-262.pdf | BOEM - Gulf of America OCS Oil and Gas Lease Sale 262 Proposed Notice of Sale | 17 |
| BOEM000019 | 8/12/2025 | Email | 2025 Aug 12 Email Confirming no PNOS for BBG1.pdf | PNOS for the first OBBBA sale | 5 |
| BOEM000024 | 8/19/2025 | Press Release | Interior Department Sets Offshore Energy Leasing Schedule.pdf | Interior Department Sets Offshore Energy Leasing Schedule Under One Big Beautiful Bill Act | 4 |
| BOEM000028 | 8/20/2025 | Email | 2025 Aug 20 AL FL LA MS TX Emails to Gov POCs.pdf | BOEM letter on Big Beautiful Gulf 1 Sale | 5 |
| BOEM000033 | 8/20/2025 | Letter | 2025 Aug 20 Alabama LS 262.pdf | Correspondence from Matthew Giacona to Alabama Governor Kay Ivey regarding deferment of Lease Sale 262 | 2 |
| BOEM000035 | 8/20/2025 | Letter | 2025 Aug 20 Florida LS 262.pdf | Correspondence from Matthew Giacona to Florida Governor Ronald D. DeSantis regarding deferment of Lease Sale 262 | 2 |
| BOEM000037 | 8/20/2025 | Letter | 2025 Aug 20 Louisiana LS 262.pdf | Correspondence from Matthew Giacona to Louisiana Governor Jeff Landry regarding deferment of Lease Sale 262 | 2 |
| BOEM000039 | 8/20/2025 | Letter | 2025 Aug 20 Mississippi LS 262.pdf | Correspondence from Matthew Giacona to Mississippi Governor Tate Reeves regarding deferment of Lease Sale 262 | 2 |
| 2BOEM000041 | 8/20/2025 | Letter | 2025 Aug 20 Texas LS 262.pdf | Correspondence from Matthew Giacona to Texas Governor Greg Abbott regarding deferment of Lease Sale 262 | 2 |
| BOEM000043 | 9/3/2025 | Briefing | 2025 Sept 5 BBG1 FNOS Briefing - RD & OSR_DPP.pdf | GOA RD and OSR AD Briefing. GOA OBBBA Lease Sales - GOA BBG1 FNOS - GOA BBG2 PNOS | 32 |
| BOEM000075 | 9/17/2025 | Briefing | 2025 Sept 17 BBG1 FNOS Briefing - DIR_DPP.pdf | BOEM Director Briefing. GOA OBBBA Lease Sales - GOA BBG1 FNOS - GOA BBG2 PNOS | 29 |
| BOEM000104 | 9/20/2025 | Briefing | 2025 Sept Combined GOA Briefing - ASLM.pdf | Assistant Secretary for Land Minerals Briefing. OBBBA Lease Sales - GOA BBG1 and BBG2 | 45 |
| BOEM000149 | 10/28/2025 | Memorandum | 2025 Oct 28 BBG1 FNOS Sale Price Memo.pdf | Revised Economic Parameters to be used for Regionwide Gulf of America Official Tract Evaluations for BBG1, December 10, 2025 | 11 |
| BOEM000160 | 11/5/2025 | Letter | 2025 Nov 5 BBG1 FNOS Signed Decision Memo.pdf | Recommendations for Decision on the Final Notice of Sale for Gulf of America OCS Oil and Gas OBBB Act Lease Sale 1 (Lease Sale BBG1, scheduled for December 10, 2025) | 27 |
| BOEM000187 | 11/10/2025 | FNOS | 2025 Nov 10 BBG1 Final Notice of Sale 90 FR 50751.pdf | 90 FR 50751 - Gulf of America OCS Oil and Gas One Big Beautiful Bill Act Lease Sale 1. Final Notice of Sale | 10 |
| BOEM000197 | 11/10/2025 | ITL | 2025 Nov 10 BBG1 FNOS Information to Lessees.pdf | Final Notice of Sale Gulf of America Oil and Gas Lease Sale BBG1 Information to Lessees | 16 |
| BOEM000213 | 11/10/2025 | Lease Stipulations | 2025 Nov 10 BBG1 FNOS Lease Stipulations.pdf | Final Notice of Sale Gulf of America Oil and Gas Lease Sale BBG1 Lease Stipulations | 39 |
| BOEM000252 | 11/10/2025 | Map | 2025 Nov 10 BBG1 FNOS Lease Terms and Economic Conditions Map.pdf | Illustrated Map of the Gulf of America - Lease Terms and Economic Conditions | 1 |
| BOEM000253 | 11/10/2025 | Letter | 2025 Nov 10 BBG1 FNOS Signed Governor Letters.pdf | Letters from Matthew Giacona to AL, FL, LA, MS, TX Governors regarding BBG1 FNOS, Stipulations | 19 |
| BOEM000272 | 11/10/2025 | Map | 2025 Nov 10 BBG1 FNOS Stipulations Map.pdf | Illustrated Map of the Gulf of America - Stipulations and Deferred Blocks | 1 |
| BOEM000273 | 11/10/2025 | Briefing | 2025 Nov 10 BBG1 FNOS Exec Sec Briefing Sheet.pdf | FNOS Briefing Paper for Departmental Clearance | 5 |
| BOEM000278 | 11/10/2025 | Schedule | 2025 Nov 10 BBG1 FNOS High-Level CADs.pdf | GOA Lease Sale BBG1 High-Level CADs | 1 |
| BOEM000279 | 11/10/2025 | Map | 2025 Nov 10 BBG1 FNOS Sale Area Map.pdf | Illustrated Map of the Gulf of America - Final Oil and Gas Sale Area for Sale BBG1 | 1 |
| BOEM000280 | 11/10/2025 | Briefing | 2025 Nov 10 BBG1 FNOS Comms Briefing Paper.pdf | Communications Briefing - GOA OBBBA Lease Sale 1 (Lease Sale BBG1) FNOS | 2 |
| **Ethics Claim** | | | | | |
| BOEM000282 | 3/27/2025 | Memorandum | 2025 Mar 27 GiaconaMatthew_InterimRecusalGuidanceMemoWithAttachA-C(signed 03.27.2025).pdf | Stacey Huss Ginsberg to Matthew Giacona — Interim Ethics Guidance on Recusal Obligations | 22 |

| BOEM000304 | 4/1/2025-5/31/2025 | Calendar | Giacona April and May 2025 Calendar.pdf | Professional Calendar of Matthew Giacona - April and May 2025 | 61 |
|---|---|---|---|---|---|
| BOEM000365 | 7/25/2025 | Memorandum | 2025 Jul 25 GiaconaMatthew_EthicsRecusalGuidanceMemoWithAttach(Final signed 07.25.2025).pdf | Heather C. Gottry to Matthew Giacona — Ethics Guidance on Recusal Obligations | 17 |
| BOEM000382 | 7/25/2025 | Memorandum | 2025 Jul 25 GiaconaMatthew_EthicsRecusalsAndScreeningArrangementWithAttach(Final signed 07.25.2025).pdf | Matthew Giacona to Heather C. Gottry — Ethics Recusals & Screening Arrangement | 9 |
| **NOIs - ESA** | | | | | |
| BOEM000391 | 11/18/2025 | Letter | 2025 Nov 18 60-Day Notice Letter_BBBA Lease Sale 1 ESA Violations.pdf | Correspondence from Earthjustice RE: 60-Day Notice of Intent to Sue for Violations of the Endangered Species Act in Connection with the Gulf of America Outer Continental Shelf (OCS) Oil and Gas Big Beautiful Bill Act Lease Sale 1, Final Notice of Sale, 90 Fed. Reg. 50751 (Nov. 10, 2025) | 7 |
| BOEM000398 | 11/18/2025 | Email | 2025 Nov 18 NOI to Sue for Violations of the ESA Lease Sale BBG1.pdf | Notice of Intent to Sue for Violations of the Endangered Species Act, Lease Sale BBG1 | 1 |
| BOEM000399 | 11/24/2025 | Postal Tracking | 2025 Nov 24 USPS Proof of Delivery of 60-Day NOI - Matthew Giacona.pdf | USPS Tracking 70220410000322693625 - Delivery to Washington DC 11/24/2025 | 2 |
| BOEM000401 | 12/2/2025 | Postal Tracking | 2025 Dec 2 USPS Proof of Delivery of 60-Day NOI - Doug Burgum.pdf | USPS Tracking 70220410000322693632 - Delivery to Washington DC 12/2/2025 | 2 |
| **NOIs - OCSLA** | | | | | |
| BOEM000403 | 11/18/2025 | Letter | 2025 Nov 18_NOI_OCSLA Violations BBG1_final (BOEM).pdf | Correspondence from the Center for Biological Diversity RE: Notice of Intent to Sue for Violations of the Outer Continental Shelf Lands Act | 16 |
| BOEM000419 | 11/19/2025 | Postal Receipts | 2025 Nov 19 Scanned Receipts_LS BBG1 OCSLA NOI.pdf | Postage Receipts for Certified Mail sent to DOI Sec. Burgum, Gov. Landry, Gov. Ivey, Gov. DeSantis, BOEM Acting Director Giacona, Gov. Abbott, and Gov. Reeves | 2 |
| BOEM000421 | 11/26/2025 | Delivery Receipt | 2025 Nov 26 Return Receipt - Giacona 70212720000037815489.pdf | Receipt of delivered mail for tracking number 7021 2720 0000 3781 5489 delivery to Washington DC | 1 |
| BOEM000422 | 12/22/2025 | Delivery Receipt | 2025 Dec 22 Return Receipt - Burgum ER261039677US.pdf | Receipt of delivered mail for tracking number ER26 1039 677U S delivery to Washington DC | 2 |
| BOEM000424 | 3/25/2026 | Email | 2026 Mar 25 NOI to Sue for Violations of the OCSLA.pdf | Correspondence from Rachel Mathews - Center for Biological Diversity RE: Notice of Intent to Sue for Violations of the Outer Continental Shelf Lands Act | 1 |