ADAM R. F. GUSTAFSON
Assistant Attorney General
United States Department of Justice
Environmental and Natural Resources Division

SHANNON BOYLAN, Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Shannon.Boylan@usdoj.gov
(202) 598-9584

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HEALTHY GULF, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:25-CV-04016-APM |
| | ) | |
| v. | ) | |
| | ) | |
| DOUG BURGUM, in his official capacity | ) | **FEDERAL DEFENDANTS'** |
| as SECRETARY OF THE INTERIOR, et al., | ) | **CERTIFICATION OF THE** |
| | ) | **ADMINISTRATIVE RECORD** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHEVRON U.S.A. INC., AMERICAN | ) | |
| PETROLEUM INSTITUTE, | ) | |
| | ) | |
| Intervenor - Defendants | ) | |
| | ) | |
| _____ | ) | |

I, Lissa Lyncker, state the following:

I am the Chief of Staff for the Bureau of Ocean Energy Management's (BOEM) Gulf of America Region in the United States Department of Interior (DOI). I am currently serving as the Acting Deputy Regional Director for the Gulf of American Region. In this position I oversee all leasing activities, regulatory oversight, and resource management for offshore energy and marine mineral development on the U.S. Outer Continental Shelf (OCS) in the Gulf of America.

My staff have requested and inspected agency records and files from the appropriate DOI agencies that pertain to Plaintiff's claims challenging the Big Beautiful Gulf 1 (BBG1) Oil and Gas Lease Sale. Pursuant to my position I have reviewed the compiled file and master index and have had the opportunity to make inquiries about the completeness and accuracy of the included documents.

To the best of my knowledge and based on my personal observations, I hereby certify that the documents listed in the Index were considered directly or indirectly during the challenged decisions and constitute the full and complete Administrative Record for this litigation. I similarly certify that the attached documents that comprise the Administrative Record constitute true, accurate, and complete copies of the original documents listed in the Index. I also certify that those documents in the Index relate to Plaintiff's claims regarding the BBG1 Oil and Gas Lease Sale and the ethics obligations of Matthew Giacona.

I swear under penalty of perjury, pursuant to 28. U.S.C. § 1746, that the foregoing information is true, accurate, and complete.

Respectfully Submitted this 27th day of March 2026.

LISSA LYNCKER

Digitally signed by LISSA LYNCKER
Date: 2026.03.27 11:19:47 -05'00'

_____
Lissa Lyncker