ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE, Deputy Assistant Attorney General
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5469 (Backer)
Tel: (202) 598-9584 (Boylan)
Fax: (202) 305-0506
Email: davis.backer@usdoj.gov
Email: shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as SECRETARY OF THE INTERIOR, *et al.*, <br><br> *Federal Defendants,* <br><br> and <br><br> CHEVRON U.S.A. INC., AMERICAN PETROLEUM INSTITUTE, <br><br> *Intervenor-Defendants*. | Civil Action No. 1:25-CV-04016-APM |

**FEDERAL DEFENDANTS' NOTICE AND SUGGESTION OF MOOTNESS**

Plaintiffs challenge an offshore oil and gas lease sale in the Gulf of America authorized

under the One Big Beautiful Act, Pub. L. No. 119-21 § 50102, 139 Stat. 72, 139-42 (2025).

Plaintiffs allege that Federal Defendants failed to ensure that the lease sale is not likely to jeopardize

1

the continued existence of the Rice's whale in violation of the Endangered Species Act. *See* ECF No. 40 at 49-50.

The ESA, however, includes mechanisms to exempt an agency action from the ESA's requirements. Congress delegated authority to issue these exemptions to an Endangered Species Committee, which can exempt any agency action from the ESA's requirements. 16 U.S.C. §§ 1536(e)-(n). On March 31, 2026, the Committee convened in person to address a recent finding issued by the Secretary of War under ESA subsection (j), 16 U.S.C. § 1536(j), that it is necessary for reasons of national security to exempt from the ESA's requirements all Gulf of America oil and gas exploration and development activities associated with the Department of the Interior Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Outer Continental Shelf Oil and Gas Program.[1] *See* Exhibit A (Order of Endangered Species Committee). The Committee voted unanimously to exempt the agency action. *See id*. As a result, the ESA's Section 7 requirements no longer apply to the offshore lease sale challenged in this case.

Given the Committee's Order granting an exemption, Plaintiffs' challenge with respect to its ESA claim is now moot. *See New York State Rifle & Pistol Ass'n, Inc. v. City of New York, New York*, 590 U.S. 336, 337-39 (2020) (per curiam) (change in the applicable legal framework moots controversy); *see also Alaska v. United States Dep't of Agric.*, 17 F.4th 1224, 1226–27 (D.C. Cir. 2021) (exemption granted to an existing rule mooted controversy over the rule); *Clean Fuels All. Am. v. Env't Prot. Agency*, No. 20-1107, 2026 WL 706511, at *4 (D.C. Cir. Mar. 13, 2026) (claims against a prior rule moot when the facts and the governing law materially changed).

Federal Defendants intend to move the Court to dismiss Plaintiffs' ESA claim on mootness

---

[1] The Committee's Order and other related documents can be found on the Department of Interior's website at https://www.doi.gov/endangered-species-committee. Last visited: March 31, 2026.

2

grounds. However, Federal Defendants propose to confer with Plaintiffs no later than April 14 on whether they intend to voluntarily dismiss the claim as moot and, if not, to develop a proposed schedule for briefing Federal Defendants' anticipated motion for partial dismissal.

Dated: March 31, 2026

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469
Email: davis.backer@usdoj.gov

SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584
Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov

***Attorneys for Federal Defendants***

3