UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HEALTHY GULF, et al.,

*Plaintiffs*,

v.

DOUG BURGUM, et al.,

*Defendants*,

and

CHEVRON U.S.A. INC., et al.,

*Intervenor-Defendants*.

Case No. 1:25-cv-04016-APM

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs

Healthy Gulf, Friends of the Earth, Center for Biological Diversity, Natural Resources Defense

Council, and Sierra Club ("Plaintiffs") respectfully move for entry of summary judgment in their

favor, declaring that Defendants Doug Burgum, Secretary of Interior; Matthew Giacona, Acting

Director of the Bureau of Ocean Energy Management; the U.S. Department of the Interior; and

the Bureau of Ocean Energy Management (collectively, "Defendants") violated the National

Environmental Policy Act, the Endangered Species Act, the Outer Continental Shelf Lands Act,

and the Administrative Procedure Act when taking final action to hold the Gulf of America

Outer Continental Shelf Oil and Gas One Big Beautiful Bill Act Lease Sale 1 ("BBG1").

In finalizing BBG1, Defendants failed to conduct the necessary environmental review

required by the National Environmental Policy Act, and failed to satisfy the consultation

requirements of the Endangered Species Act. Defendants further failed to study the impacts of

derelict infrastructure prior to conducting the lease sale, offered no justification for failing to

1

consider available relevant environmental information in its decisionmaking, and failed to publish a Proposed Notice of Sale, in violation of the Outer Continental Shelf Lands Act. Furthermore, the extensive involvement of Defendant Giacona, the Acting Director of the Bureau, in the decision to hold BBG1 despite a prohibition on his participation in such matters by the Department of the Interior Ethics Office rendered the decision arbitrary and capricious and in violation of the Administrative Procedure Act.

In support of this Motion for Summary Judgment, Plaintiffs attach a Memorandum of Points and Authorities, supporting declarations, and a Proposed Order.

Respectfully submitted this 3rd day of April, 2026.

*/s/ George Torgun*
George Torgun (*pro hac vice*)
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 Telephone
gtorgun@earthjustice.org

Ava Ibanez Amador (*pro hac vice*)
EARTHJUSTICE
48 Wall Street, 15th Floor
New York, NY 10005
212-284-8043 Telephone
415-217-2040 Fax
alamador@earthjustice.org

Stephen D. Mashuda (DC Bar No. WA0005)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
smashuda@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Bayou City Waterkeeper, Friends of the Earth, and Center for Biological Diversity*

2

*/s/ Rachel Mathews*
Rachel Mathews (DC Bar No. VA211)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
(828) 774-5636
rmathews@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological*
*Diversity*

*/s/ Jared Solomon*
Jared Solomon (DC Bar No. 90033165)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St., Suite 300
Washington, DC 20005
202-289-6868 Telephone
jsolomon@nrdc.org

Julia K. Forgie (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second St.
Santa Monica, CA 90401
310-434-2351 Telephone
jforgie@nrdc.org

Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st Floor
San Francisco, CA 94104
415-875-6187 Telephone
igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense*
*Council*

*/s/ Devorah Ancel*
Devorah Ancel (*pro hac vice*)
SIERRA CLUB
PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*

3