## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HEALTHY GULF, et al.,

*Plaintiffs*,

v.

DOUG BURGUM, et al.,

*Defendants*,

and

CHEVRON U.S.A. INC., et al.,

*Intervenor-Defendants*.

Case No. 1:25-cv-04016-APM

## DECLARATION OF GINA TRUJILLO

## DECLARATION OF GINA TRUJILLO

I, Gina Trujillo, state and declare as follows:

1.    I am the Managing Director of Membership at the Natural Resources Defense Council (NRDC).  I have directed the Membership department since 2015, and I have worked in NRDC's membership department for more than 30 years.  I have personal knowledge of the subject matter of this declaration, and, if called as a witness, could and would competently testify as to its contents.

2.    My duties include supervising the maintenance of membership records and preparation of materials that NRDC distributes to members and prospective members.  Those materials describe NRDC and identify its mission.  I am familiar with NRDC's mission statement and its priorities.

3.    NRDC is a membership organization incorporated under the laws of the State of New York.  It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code.

4.    When a person becomes a member of NRDC, that person authorizes NRDC to take legal action on his or her behalf to protect public health and the environment.

5.    When an individual becomes a member of NRDC, his or her current residential address is recorded in NRDC's membership database. When a member

renews his or her membership or otherwise makes a contribution to NRDC, the database entry reflecting the member's residential address is verified or updated.

6.      NRDC has hundreds of thousands of members nationwide, including members in all fifty states and the District of Columbia.  Over 38,000 members reside in the Gulf Coast States of Texas, Louisiana, Mississippi, Alabama, and Florida.

7.      NRDC's mission is to "safeguard the earth—its people, its plants and animals, and the natural systems on which all life depends."  NRDC's mission includes protecting and maintaining the health of its members and their families and their enjoyment of natural resources by preventing and mitigating air and water pollution, harm to fish and wildlife, habitat destruction, and health threats posed by toxic chemicals.

8.      Since its founding in 1970, NRDC has worked to promote its mission by ensuring that all federal agencies comply with the requirements of the National Environmental Policy Act (NEPA). NRDC relies on NEPA, among other laws, to develop information on environmental impacts that it shares with its members.

9.      NRDC's organizational interests include working to curb the expansion of the fossil fuel industry. NRDC also has a long history of working to protect communities, public lands and waters, and keystone species in the Gulf region from the deleterious effects of oil and gas drilling. NRDC has published

critiques of leasing and development proposals, commissioned scientific modeling, and pursued litigation when needed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 30, 2026, at Katonah, New York.

Gina Trujillo

4