ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment and Natural Resources Division

DAVIS A. BACKER (CO Bar No. 53502)
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5469 (Backer)
Tel: (202) 598-9584 (Boylan)
Fax: (202) 305-0506
Email: davis.backer@usdoj.gov
Email: shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as SECRETARY OF THE INTERIOR, *et al.*,<br><br>*Federal Defendants,*<br><br>and<br><br>CHEVRON U.S.A. INC., AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendants*. | Civil Action No. 1:25-04016-APM<br><br>**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Federal Defendants respectfully submit the attached supplemental authority in support of their cross-motion for summary judgment, ECF No. 56.

On August 17, 2026, the Ninth Circuit issued an order and decision in *Center for Biological Diversity v. United States Bureau of Reclamation*, No. 25-5137, holding that the U.S. Bureau of Reclamation was not required to undertake NEPA review or ESA consultation when converting water service contracts into repayment contracts as directed by Congress under the Water Infrastructure Improvements for the Nation ("WIIN") Act. --- F.4th ---, 2026 WL 2387095, at *5 (9th Cir. Aug. 17, 2026). The Ninth Circuit explained that, under the plain language of the statute, Reclamation "must convert contracts upon request and cannot consider environmental effects or take actions to benefit protected species when doing so." *Id*. at *6. "Because Reclamation lacks discretion to alleviate environmental harms as part of WIIN Act conversion, NEPA and the ESA do not require that Reclamation undertake contract-specific environmental review and consultation with [either the U.S. Fish and Wildlife Service or the National Marine Fisheries Service] in the course of WIIN Act conversions." *Id*. (citing *Nat'l Ass'n of Home Builders v. Defenders of Wildlife*, 551 U.S. 644, 669 (2007)).

The Ninth Circuit rejected plaintiffs' contentions that the Act reserved small pockets of discretion to Interior to modify certain contractual terms in ways beneficial to the environment. *Id*. at *6-7. The court's ruling tracked the purpose of the WIIN Act, which was designed to facilitate the construction of water storage in response to a period of prolonged drought. *Id*. at *6. The court explained that Congress sought to incentivize contractors to prepay the costs of water delivery to bolster investments in water storage. *Id*. Congress's decision to shield contractors' water rights from agency modification, the Ninth Circuit concluded, would encourage that investment. *Id*.

For the same reasons, the Department of the Interior here was not required to undertake programmatic or lease-specific NEPA reviews and ESA consultations because of the plain terms of the One Big Beautiful Bill Act, where Congress incentivized offshore oil and gas development in the Gulf by mandating that the Department hold no fewer than 30 lease sales during the 15-year period following the statute's enactment *and* to do so using prescribed environmental stipulations. Pub. L. No. 119-21, 139 Stat. 72 (2025). *See, e.g.*, ECF No. 56-1 at 4-5; 7-9.

Respectfully submitted,

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469
Email: davis.backer@usdoj.gov

SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov

***Attorneys for Federal Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Davis A. Backer*
DAVIS A. BACKER (CO Bar No. 53502)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469
Email: davis.backer@usdoj.gov